IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK HENNESSY,<br>Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 13-6594 |
| | : | |
| ALLSTATE INSURANCE CO., et al.,<br>Defendants | : | |

FILED
APR 14 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this 14 day of April, 2014, upon careful consideration of the plaintiff's motion to remand (Document #12), the defendants' response thereto (Document #14), the plaintiff's reply (Document #23), and the defendants' sur-reply (Document #27), IT IS HEREBY ORDERED that the motion is GRANTED.[1]

IT IS FURTHER ORDERED that this case is REMANDED to the Court of Common Pleas of Philadelphia County. The Clerk of Court is directed to remand to the Court of Common Pleas of Philadelphia County all original documents in this case.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.

---

[1] Any outstanding motions in this action are DENIED as moot.